No. 57291.—Pope & Talbot, Inc. v. United States, protests 175026–K (A)/14013–B, 175026–K (B)/14026, and 175027–K/14013–A (New Orleans).

Opinion by JOHNSON, J. An examination of the papers disclosing that the protests were filed more than 60 days after liquidation, the motion to dismiss was granted.

No. 57292.—The Garfel Corporation v. United States, protest 196266–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57293.—Sipanam, Incorporated v. United States, protest 196775–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57294.—American Express Company v. United States, protest 197155–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57295.—Louis Goldey v. United States, protest 197343–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57296.—American East Asiatic Trading Corp. v. United States, protest 197624–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.